IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THERON KENNETH HOLSTON,

      Plaintiff,                     No. CIV S-07-0223 MCE KJM P

     vs.

PATRICK MCGRATH, et al.,

      Defendants.           <u>ORDER</u>

                              /

         Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

         Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

         Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be

1

1 collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3 § 1915(b)(2).

4       The court is required to screen complaints brought by prisoners seeking relief
5 against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.
6 § 1915A(a).  Plaintiff filed his complaint on February 2, 2007 and then filed a supplemental
7 complaint on May 1, 2007.  Plaintiff is informed that Local Rule 15-220 requires that a
8 complaint be complete in itself without reference to any prior pleading.  Plaintiff's original
9 complaint and supplemental complaint will be dismissed and plaintiff will be given thirty days
10 within which to file an amended complaint.   All of plaintiff's allegations shall be included in
11 plaintiff's amended complaint.

12       In accordance with the above, IT IS HEREBY ORDERED that:

13       1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

14       2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
15 The fee shall be collected and paid in accordance with this court's order to the Director of the
16 California Department of Corrections and Rehabilitation filed concurrently herewith.

17       3.  Plaintiff's complaint is dismissed.

18       4.  Plaintiff is granted thirty days from the date of service of this order to file an
19 amended complaint that complies with the requirements of the Civil Rights Act, the Federal
20 Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the
21 docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file
22 an original and two copies of the amended complaint; failure to file an amended complaint in
23 accordance with this order will result in a recommendation that this action be dismissed.

24 DATED: October 26, 2007.

25                                                         U.S. MAGISTRATE JUDGE
26 1/hols0223.(5.1.07)
   hols0223.14(2.2.07)