IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:07-cv-00223-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| PATRICK MCGRATH, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On January 11, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

///

///

///

1

1   Although it appears from the file that plaintiff's copy of the findings and
2 recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility
3 to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),
4 service of documents at the record address of the party is fully effective.
5   The court has reviewed the file and finds the findings and recommendations to be
6 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
7 ORDERED that:
8   1.  The findings and recommendations filed January 11, 2008, are adopted in full; and
9   2.  This action is dismissed without prejudice.

Dated:  March 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE